IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARY MOORE MENZIE,
    Plaintiff,

vs.                        Case No. 3:14cv370/LAC/EMT

CAROLYN W. COLVIN,
Commissioner of the
Social Security Administration,
    Defendant.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 20, 2015 (doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of objections filed.

    Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    The Commissioner's decision denying benefits are **REVERSED**.

    3.    This case is **REMANDED** to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this opinion.

    **DONE AND ORDERED** this 21st day of August, 2015.

                                    *s/L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**